IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:92CR12-2 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| TRACY N. LOMAX, | ) | |
| a/k/a AHAD HASAN, | ) | |
| | ) | |
| Defendant. | ) | |

　　　IT IS ORDERED that the defendant's motion for discretionary reduction of sentence pursuant to 18 U.S.S.C. § 3582(c)(2) (filing 717) is denied.

　　　DATED this 25th day of May, 2005.

　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　s/ Richard G. Kopf
　　　　　　　　　　　　　　　　　United States District Judge