IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:92CR12 |
| | ) | |
| v. | ) | |
| | ) | |
| TRACY N. LOMAX, | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| Defendants. | ) | |

After consultation with counsel and with their agreement

IT IS ORDERED that:

1. Counsel for Tracy N. Lomax, also known as Ahad Hasan, shall have until the close of business on August 13, 2008 to submit additional materials or briefs on the motion for reduction of sentencing.

2. Counsel for the government shall have until the close of business on August 22, 2008 to submit responsive materials or briefs.

3. This matter shall be deemed submitted on August 22, 2008 and my chambers shall bring this matter to my attention on Monday, August 25, 2008.

August 4, 2008.                    BY THE COURT:

                                   *s/Richard G. Kopf*
                                   United States District Judge