AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)     Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

District of Nebraska

| United States of America | ) | | |
|---|---|---|---|
| v. | ) | | |
| Tracy N. Lomax | ) | Case No: | 8:92CR12-2 |
| | ) | USM No: | 58116-065 |
| Date of Original Judgment: 10/29/1993 | ) | | |
| Date of Previous Amended Judgment: 01/11/2002 | ) | David R. Stickman | |
| *(Use Date of Last Amended Judgment if Any)* | | *Defendant's Attorney* | |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  life  ~~xxxxxhs~~ **is reduced to**  360 months  .

*(Complete Parts I and II of Page 2 when motion is granted)*

The defendant shall not be released any earlier than November 1, 2015.

Except as otherwise provided, all provisions of the judgment dated  01/11/2002  shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  04/09/2015                             s/ Richard G. Kopf
                                                              *Judge's signature*

Effective Date:  11/01/2015                      Richard G. Kopf, Senior United States District Judge
*(if different from order date)*                         *Printed name and title*

AO 247 (Rev. 11/11)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 2 of 2 (Page 2 Not for Public Disclosure)

**This page contains information that should not be filed in court unless under seal.**
*(Not for Public Disclosure)*

DEFENDANT: Tracy N. Lomax
CASE NUMBER: 8:92CR12-2
DISTRICT: District of Nebraska

## I. COURT DETERMINATION OF GUIDELINE RANGE *(Prior to Any Departures)*

Previous Total Offense Level:  46            Amended Total Offense Level:  42
Criminal History Category:     IV            Criminal History Category:     IV
Previous Guideline Range:   life   to ~~xxxxxxxxxxxxxxx~~   Amended Guideline Range:   360   to   life   ~~xxxxxxx~~

## II. SENTENCE RELATIVE TO THE AMENDED GUIDELINE RANGE

☑ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a substantial assistance departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ The reduced sentence is above the amended guideline range.

## III. ADDITIONAL COMMENTS

Filing nos. 799, 808 and 809 are granted as provided herein.