IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:92CR12-2 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| TRACY N. LOMAX, also known as AHAD HASAN, | ) | |
| | ) | |
| Defendant. | ) | |

I have received a letter from the defendant.

IT IS ORDERED that:

(1)    The letter shall be filed and treated as a motion.

(2)    The Federal Public Defender is appointed to represent the defendant regarding the motion.

(3)    On or before Monday, August 31, 2015, the government and the defendant shall each submit a brief responsive to the motion.

(4)    I inform the parties that it is my tentative view that my most recent sentence of 360 months should be made to run concurrently and not consecutively to the sentence, if true, mentioned in the motion pertaining to the District of Oregon.

(5)    The parties should submit and file in the court file the most recent judgment and committal order reflecting the sentence imposed upon the defendant in the District of Oregon.

(6)    The Clerk shall mail a copy of this memorandum and order to the defendant.

Dated August 6, 2015.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge