IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:92CR12-2 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| TRACY N. LOMAX, a/k/a | ) | |
| AHAD HASAN, | ) | |
| | ) | |
| Defendant. | ) | |

    Attached is a copy of the original revised presentence investigation report which was received in my chambers on July 18, 1993. The original presentence investigation report cannot be accessed through CM/ECF. Because the original presentence report is now relevant,

    IT IS ORDERED that the Clerk shall file the attached PDF of the revised presentence investigation report received in my chambers on July 18, 1993. If any party disputes that the attached revised presentence investigation report is the final presentence report upon which the defendant was sentenced, that party shall immediately file a response asserting the objection.

    Dated September 2, 2015.

                                                               BY THE COURT:

                                                               *Richard G. Kopf*
                                                               Senior United States District Judge