IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:92CR12-2 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| TRACY N. LOMAX, a/k/a | ) | |
| AHAD HASAN, | ) | |
| | ) | |
| Defendant. | ) | |

    I herewith give notice to all parties that pursuant to Federal Rules of Criminal Procedure 36, I intend to issue an amended judgment making Mr. Lomax's sentence run concurrent with the Oregon federal sentence but making no other changes. This action is warranted, for among other reasons, because of an oversight or omission in the record resulting from the fact that both the probation officer and I believed that the provisions of U.S. Sentencing Guidelines § 5G1.3 was moot since the Guidelines sentence at the time of the original sentence was a mandatory life sentence. See, for example, filing no. 821, PSR at ¶ 91.

    IT IS ORDERED that any party who objects shall submit a response and a brief no later than the close of business on September 10, 2015. My chambers shall call this case to my attention on September 11, 2015.

    Dated September 2, 2015.

                                                      BY THE COURT:

                                                      *Richard G. Kopf*
                                                      Senior United States District Judge