# UNITED STATES DISTRICT COURT
### for the
### District of Nebraska

United States of America
v.
Tracy N. Lomax,
a/k/a Ahad Hasan

)
)
)
)
)
)

Case No: 8:92CR12-2

USM No: 58116-065

Date of Original Judgment: 10/29/1993
Date of Previous Amended Judgment: _____
*(Use Date of Last Amended Judgment if Any)*

David R. Stickman
*Defendant's Attorney*

## AMENDED ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐DENIED. ☑GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of ___life or 480*___ months **is reduced to** ___360 months*___ .

*(Complete Parts I and II of Page 2 when motion is granted)*

*The sentences on Counts I, II and VII are reduced from life to 360 months, and the sentences on Counts III, IV and V are reduced from 480 months to 360 months.

The defendant shall not be released any earlier than November 1, 2015.

Except as otherwise provided, all provisions of the judgment dated ___10/29/1993___ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: ___02/19/2016___

s/ Richard G. Kopf
*Judge's signature*

Effective Date: ___11/01/2015___
*(if different from order date)*

Richard G. Kopf, Senior United States District Judge
*Printed name and title*

**This page contains information that should not be filed in court unless under seal.**
*(Not for Public Disclosure)*

DEFENDANT:    Tracy N. Lomax,
a/k/a Ahad Hasan

CASE NUMBER:    8:92CR12-2

DISTRICT:    District of Nebraska

## I.  COURT DETERMINATION OF GUIDELINE RANGE *(Prior to Any Departures)*

| | |
|---|---|
| Previous Total Offense Level: 46 | Amended Total Offense Level: 42 |
| Criminal History Category: IV | Criminal History Category: IV |
| Previous Guideline Range: life ~~XXXXXXXXXXXXX~~ | Amended Guideline Range: 360 to life ~~XXXXXX~~ months |

## II.   SENTENCE RELATIVE TO THE AMENDED GUIDELINE RANGE

☑ The reduced sentence is within the amended guideline range.

☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a substantial assistance departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

☐ The reduced sentence is above the amended guideline range.

## III.  ADDITIONAL COMMENTS

Filing nos. 799, 808 and 809 are granted as provided herein.