IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | 8:92CR12-2 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| TRACY N. LOMAX, a/k/a AHAD HASAN, | ) | |
| Defendant. | ) | |

IT IS ORDERED that the defendant's motion (filing no. 840) for reconsideration of order on motion to reduce sentence (filing no. 839) is denied.

Dated June 1, 2016.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge