IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:92CR12-2 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| TRACY N. LOMAX, | ) | |
| a/k/a AHAD HASAN, | ) | |
| | ) | |
| Defendant. | ) | |

Mr. Hasan has submitted correspondence (filing no. 847) to the Court indicating among other things that "I have no Johnson claim nor prior convictions for violence" and "terrible mistake" regarding the Court's stay and abeyance order (filing no. 845). With that in mind,

IT IS ORDERED that:

(1)   The Clerk shall send Mr. Hasan a copy of this order and a copy of his motion (filing no. 842).

(2)   No later than August 12, 2016, Mr. Hasan shall advise the Court by sending a letter to the Clerk of Court indicating whether Mr. Hasan wishes to proceed with his motion. Mr. Hasan's responsive letter shall be mailed to: Clerk's Office, United States District Court for the District of Nebraska, 593 Federal Building, 100 Centennial Mall North, Lincoln, NE 68508.

Dated July 12, 2016.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge